# EXHIBIT A

Revel Boulon, CMS, AffilIIMS
Senior Surveyor Marine | Adjuster Marine
Yacht / Hull & Machinery Practice Leader
1100 Park Central Blvd. So., Suite 1100 | Pompano Beach, Florida 33064
Cell: +1 561-531-2106 | Direct: +1 561-571-3279 | Fax: +1 561-995-0129
**Email:** Revel.Boulon@Sedgwick.com

# EXPERT REPORT NO. BOC20056630

May 7, 2021

Lugenbuhl
801 Travis Street, Suite 1800
Houston, TX 77002

Attn: Mr. Michael W. McCoy

**THIS IS TO CERTIFY** that at the request of Mr. Michael McCoy of Lugenbuhl, we have been requested to provide an expert statement with regard to vessel compliance with the Hurricane Preparedness Plan on file with concerned underwriters, and extent of damages to the vessel *LEGAL LIMITS* from Hurricane Sally.

**Statements to be Expressed:**

- Findings as to vessel compliance with the Hurricane Preparedness Plan on file
- Extent of vessel damages as situated in the water

**Facts Considered:**

- Projected and actual path of Hurricane Sally and associated watches / warnings
- Statement provided by the assured with timelines and actions
- Hurricane Questionnaire / Plan in Underwriting File
- Renewal Questionnaire in Underwriting File

**Exhibits:**

- Hurricane Questionnaire
- Renewal Questionnaire
- Document "Explanation of steps taken – Hurricane Sally"
- Emails provided by Prestige Worldwide Pensacola Charters (the assured) of communication received from Palafox Marina between the dates of September 12th and September 16th
- CSRYP184311 – BOC20056630 Adjusting Report 28OCT20
- National Hurricane Center Tropical Cyclone Report – Hurricane Sally (14 April 21)

**Background:**

The subject vessel is a 2014 36' Boston Whaler "*LEGAL LIMITS*" (hereafter identified as "the vessel"), identified by the HIN: BWCE1025B414. On September 16, 2020, the vessel was docked afloat in the water at Palafox Pier Yacht Harbor Marina in Pensacola, FL 32502 when it was impacted by Hurricane Sally, a category 2 hurricane when it made landfall near Gulf Shores, Alabama.



**Our File No: BOC20056630**

**Expert Findings:**

Review of Renewal Questionnaire:

We reviewed the Policy Renewal Questionnaire and found that it specified Palafox Pier & Yacht Harbour Marina as the "*Mooring*" location during July 1st to November 1st. Furthermore, to the question "*Will your vessel be afloat or ashore during the hurricane season*" it was specified to be "*Ashore*".

Review of Hurricane Preparedness Plan:

The associated Hurricane Plan was reviewed, and it specified that "*in the event of a storm warning*" the vessel will be "*Ashore*". The Plan also provided authority to Lance Powers and Tim Land to move the vessel.

In the Hurricane Plan, detailed under Plan A, it stated that "*in the event of a tropical storm or hurricane the vessel will be stored ashore at either Pensacola Shipyard or BahiaMar Marina and prepped for the storm. The vessel will be on the list to be pulled 48 hours before the storm approaches land.*"

Plan B in the Hurricane Plan detailed that "*in the event that the vessel is unable to be stored ashore in the marinas above in plan A the vessel will be driven a safe distance away and stored at a marina or the vessel will be taken to Bon Secour and anchored in a safe location with multiple anchors along with being tied up to pilings to ride out the storm.*"

Wording contained within the Hurricane Preparedness Plan states in bold the following:
"*Warning: It is hereby warranted that in the event of a named or numbered storm warning or advisory issued by any competent local authority, I/we will secure the above vessel and/or its equipment in accordance with the representations stated above…..*"

Review of Document "Explanation of steps taken – Hurricane Sally":

We have compiled the relevant details contained within this document below, but the entire document should be reviewed in its entirety for full context and precise wording of the statement put forward. As represented by Holly C Dixon of Prestige Worldwide Pensacola Charters, LLC (hereafter also identified as "the assured"):

On the 12th of September, 2020, the staff of Prestige Worldwide, managed by Joseph Powers, began securing the vessel afloat in the water at Palafox Marina in preparation for the storm.

On the 13th and 14th of September, they continued to monitor the situation and received communication from Palafox Marina.

On the 15th of September, Lance Powers attempted to get the vessel hauled at the shipyard but was unable to due to the marina shutting down operations on September 14th.

Review of Emails provided by Prestige Worldwide Pensacola Charters:

We have reviewed the emails and identified the relevant details contained within them below. The emails should be reviewed in their entirety to supplement for full context:

Email dated September 12, 2020 at 15:27 CDT from Palafox Marina stated that: "*…..We should be prepared for at least tropical storm conditions and possibly hurricane force winds…..For those of you on a hurricane haul-out*



**Our File No: BOC20056630**

list at one of our boatyards it is our understanding they are taking reservations for voluntary haul-outs over the next couple days….."

Email dated September 14, 2020 at 10:13 CDT from Palafox Marina stated that: "…..*The latest forecast track has shifted slightly east…..increasing the chance of hurricane-force winds in our area. We are currently under a tropical storm warning….We will be turning power and water off this afternoon…..you should complete all preparations in the marina by this afternoon….*"

<u>Information contained within National Hurricane Center Tropical Cyclone Report – Hurricane Sally (14 April 21):</u>

On September 12, 2020 at 1600 CDT a tropical storm watch went into effect for AL/FL border to Ochlockonee River, FL with a hurricane watch in effect for Grand Isle, LA to the AL/FL border.

On September 13, 2020 at 0400 CDT the tropical storm watch was upgraded to a tropical storm warning for Ocean Springs, MS to Indian Pass, FL.

On September 14, 2020 at 1000 CDT the hurricane watch for Morgan City, LA to the AL/FL border was upgraded to a hurricane warning.

On September 14, 2020 at 1600 CDT the tropical storm warning extending east to Indian Pass, FL was upgraded to a hurricane warning for Morgan City, LA to Navarre, FL.

Below are several photos depicting the storm's track and cone, along with watches and warnings in effect.





**Our File No: BOC20056630**

## Conclusion:

On September 12, 2020, approximately 96 hours prior to landfall, a tropical storm watch was issued for the vessel location in Pensacola, FL and a hurricane watch issued up to the AL/FL border which is approximately only 10 miles to the west, and a notice was received by the assured from the marina to expect at least tropical storm force winds with the possibility of hurricane force winds in that area, and that they were taking reservations for haul-out. To be in compliance with the primary hurricane plan on file, the assured should have undertaken measures at this time to have the vessel scheduled to be hauled out. There are also multiple other boatyards as well in the immediate vicinity where vessels were being actively hauled out. However, they proceeded only to add additional securing lines and fenders whilst the vessel was still afloat in the marina, and did not state that they had contacted any of the yards to schedule a haul-out, or were on a list to be. This would indicate that there was no intention to attempt to haul out the vessel as per their primary plan or to relocate it to a more sheltered location as per their backup plan.

On September 12, 2020 when the tropical storm watch went into effect for the Pensacola, FL area, and a hurricane watch went in to effect up to the AL/FL border, Sally had formed into a tropical storm off the south west coast of FL with a projected path into the Gulf of Mexico and to make landfall somewhere between Louisiana and the Alabama / Florida boarder. This advance notice provided ample time for the assured to activate the backup plan on file, instead of securing the vessel afloat to the dock at Palafox Pier and Marina in Pensacola, FL, and relocate the vessel through sheltered intercoastal waters east to Destin, FL or Panama City, FL which are approximately 40 nm and 90 nm respectively to the east of Pensacola, FL. By activating and adhering to the backup plan this would have provided an additional measure of protection for the vessel, and mitigation of potential damages, being further away from the projected point of landfall and from the vicinity of docks and other vessels.

On September 13, 2020, approximately 72 hours prior to landfall, the vessel location was upgraded to a tropical storm warning, and the AL/FL boarder was upgraded to a hurricane warning, with no apparent action taken by the assured to schedule the vessel to be hauled out or to relocate it to sheltered waters as per the backup plan.

On September 14, 2020, approximately 48 hours prior to landfall, the vessel location was upgraded to a hurricane warning, and the marina provided a notice that they would be closing by end of day. As per the assured's statement they still did not contact any facilities to have the vessel hauled out.

It was not until September 15, less than 24 hours prior to the storm making landfall, that the assured reported they attempted to haul out the vessel at the marina but were unable to do so as the marina closed operation the day prior. The assured was aware of this as they had received the notice the marina issued on September 14, 2020. We have not seen any email correspondence from the assured to the marina to verify any communication regarding attempts to haul out the vessel on September 15. The assured did not state if they contacted any other boatyards in the immediate area to see if they were still in operation. In failing to have the vessel hauled out through Palafox Marina, they stated that they were unable to comply with the primary hurricane plan and that they were also unable to activate their backup plan due to the now close proximity of the hurricane.

Below is an image depicting approximately where the storm was when the assured stated they first chose to attempt to have the vessel hauled out. Note that this location is at 2200 CDT September 15, 2020. The hurricane was moving at NNE at 2 mph so 12 hours earlier it would have only been approximately 24 nm to the S or SSW of this location.

**Our File No: BOC20056630**



In review of the Hurricane Plan that had been submitted to underwriters, the assured's statement and emails provided, and the information available from the National Hurricane Center, it is our opinion that the assured was negligent in failing to activate the hurricane plan promptly and prudently, and had plenty of opportunity and forewarning to do so. And then continued to fail to act suitably even after receiving additional notices from the marina that would affect their ability to comply with the plan if they didn't take further immediate actions. And during the duration of the aforementioned, the immediate areas continued to have tropical storm and hurricane watches and warnings going into effect and being upgraded.

In review of the damages sustained to the vessel from the hurricane, the majority of the damages noted were directly related to the vessel being situated in the water and in the immediate vicinity of a dock and surrounding vessels. These damages were caused by the vessel being buffeted around by wind and waves against the marina dock, and colliding with other vessels and debris that were displaced in the water, resulting in hull and engine damages. These specific damages would not have been sustained had the vessel been located ashore and blocked appropriately. Alternatively, had the vessel been moved to a safe harbor away from the dock and other vessels, the damages, if any, would have been of a different kind, character, and severity. Therefore, it is our determination that lack of compliance with the hurricane plan on file directly contributed to excessive damages noted to the vessel.

**List of Qualifications:**

- Certified Marine Surveyor accredited by the Association of Certified Marine Surveyors
- Affiliate Member of the International Institute of Marine Surveyors
- ABYC Member
- IAMI Member
- United States Coast Guard Licensed Chief Engineer – STCW III/2 Unlimited / Domestic Limited - Unlimited Horsepower
- United States Coast Guard Licensed Captain – 50 GRT
- Cayman Islands Chief Engineer Unlimited CEC
- 14+ years' operating as a licensed chief engineer onboard motor yachts of 107' to 200'; steel, aluminium, & wood construction; multiple which were over 500 GRT and either ABS or Lloyds Classed and subject to Flag State requirements.

No publications have been authored.



**Our File No: BOC20056630**

**Expert Witness Testimony Prior Four (4) Years:**

- Trevelyn Enterprises, LLC vs. Seabrook Harbor and Marine / New Nautical Coatings – Retained by counsel for Treveyln Enterprises, LLC to provide opinion on hull bottom preparation and antifouling coatings.

**Statement of Compensation:**

The compensation owed to Sedgwick for any time spent involved in study, testimony, and any other aspect of this case is based purely on a fixed hourly rate of $153 per hour. Sedgwick has no financial interest in the outcome of this matter.

Yours sincerely,



_____
Revel Boulon, ACMS-CMS, AffilIIMS
Yacht / Hull & Machinery Practice Leader
Senior Surveyor Marine | Adjuster Marine
USCG Chief Engineer | USCG Master
Sedgwick Global Marine