IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREAT LAKES INSURANCE, S.E.,

    Plaintiff,

v.                                                       Civil Action No.
                                                          3:20-cv-05954-RV-HTC

PRESTIGE WORLDWIDE
PENSACOLA CHARTERS, LLC
D/B/A LEGAL LIMITS OUTDOORS.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    COMES NOW, Defendant Prestige Worldwide Pensacola Charters, LLC ("Defendant" or "Prestige"), and files this Joint Notice of Settlement in this matter.

    Please be advised that the Parties, Prestige Worldwide Pensacola Charters, LLC and Great Lakes Insurance, S.E., participated in a mediation pursuant to the Court's Final Scheduling Order and the Rules for Certified and Court-Appointed Mediators on September 24, 2021 and were able to reach an amicable resolution in this case.

Dated: September 24, 2021

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Phone: 850-202-1010
Fax: 850-916-7449
Email: baylstock@awkolaw.com

*Counsel for Defendant, Prestige Worldwide Pensacola Charter, LLC d/b/a Legal Limits Outdoors*

## CERTIFICATE OF SERVICE

Defendant, by and through its counsel, hereby certifies that on September 24, 2021, it served the following:

1. Joint Notice of Settlement.

via electronic mail upon:

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, A LAW CORPORATION
Todd G. Crawford
MS State Bar No. 102620
tcrawford@lawla.com
2501 14th Street, Suite 202
Gulfport, Mississippi 39501
PH:   (228) 206-0033
FAX: (504) 310-9195

*Attorney for Great Lakes Insurance*