# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GREAT LAKES INSURANCE SE,
    Plaintiff,

v.                                            Case No.: 3:20cv5954-RV/HTC

PRESTIGE WORLDWIDE
PENSACOLA CHARTERS LLC,
    Defendant.
_____/

## ORDER

Pursuant to the parties' Joint Notice of Settlement (doc. 39), it is ORDERED:

(1) This case is hereby dismissed, with prejudice and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by either side within sixty (60) days after this date, to amend, alter or vacate and set aside this order of dismissal.

**DONE and ORDERED this 27th day of September 2021**

                                         /s/ *Roger Vinson*
                                         **ROGER VINSON**
                                         **Senior United States District Judge**